```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   GRANT ZEHNDER
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  DANA NORRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR No. S-09-341 KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| DANA NORRIS, ) | Date: October 8, 2009 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for Dana Norris, that the Court vacate the trial confirmation hearing on October 1, 2009 at 10:00 a.m. and the jury trial date set for October 19, 2009 at 10:00 a.m.  We respectfully request the court set a status conference hearing on October 8, 2009, at 10:00 a.m.

/////

1   The parties agree that the ends of justice served by granting
2 defendant's request for a continuance outweigh the best interest of the
3 public and the defendant in a speedy trial because the defense requires
4 more time to investigate and negotiate a resolution.  18 U.S.C. §
5 3161(h)(7)(A).  The parties stipulate that for the purpose of computing
6 time under the Speedy Trial Act, the Court should exclude time from the
7 date of this order through October 8, 2009, for defense preparation and
8 investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].
9 Dated:   September 29, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
Dana Norris

Dated: September 29, 2009        LAWRENCE G. BROWN
                                 Acting United States Attorney

/s/ Mattew Stegman
MATTHEW C. STEGMAN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   September 29, 2009.

_____
U.S. MAGISTRATE JUDGE

U.S. v. Norris                    -2-