1  LAWRENCE G. BROWN
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  BRIAN J. MILLER
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2810

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )     Cr. No. S-09-341-KJM
                                  )
12          Plaintiff,            )     Stipulation to Continue
                                  )     Briefing Schedule and Hearing
13     v.                         )     and Order
                                  )
14 DANA NORRIS,                   )     Date:  November 19, 2009
                                  )     Time:  10:00 a.m.
15          Defendant.            )     Judge: Hon. Kimberly J. Mueller
                                  )
16 _____)

17       It is hereby stipulated and agreed between the United States

18 and the defendant, DANA NORRIS, by and through his undersigned

19 counsel, to continue the briefing schedule as follows:

20       Government's Response due.........November 25, 2009

21       Defendant's Reply, if any, due....December 14, 2009

22       Motion Hearing....................January 21, 2010

23       The Government requests this continuance because of the

24 unavailability of Government counsel.  The request will be

25 granted, except that the hearing will be reset for January 20,

26 2010.  The briefing schedule will be set as agreed upon by the

27 parties.

28 ///

                                   1

1

2    DATED: October 29, 2009              LAWRENCE G. BROWN
                                         United States Attorney
3

4                                   By:  /s/ Heiko Coppola for
                                         MATTHEW C. STEGMAN
5                                        Assistant U.S. Attorney

6

7    DATED: November 2, 2009             DANIEL J. BRODERICK
                                         Federal Defender
8

9                                   By:  /s/ Lauren D. Cusick
                                         LAUREN D. CUSICK
10                                       Staff Attorney
                                         Office of the Federal Defender
11                                       Attorney for Defendant

12

13        Accordingly, IT IS HEREBY ORDERED that the hearing on the

14   motion to suppress is reset for January 20, 2009.  The remaining

15   briefing schedule will proceed as agreed upon by the parties

16   herein.

17   DATED: November 9, 2009.

18                                       _____

19                                       U.S. MAGISTRATE JUDGE

20

21

22

23

24   4
     norr0341.eot
25

26

27

28

                                    2